IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00736

| | |
|---|---|
| TRACIE FORD AND ALL OTHERS SIMILARLY SITUATED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) **PLAINTIFF'S CONSENT MOTION** |
| CARDINAL INNOVATIONS HEALTHCARE SOLUTIONS | ) **FOR APPROVAL OF FLSA**<br>) **SETTLEMENT**<br>) |
| Defendant. | )<br>)<br>) |

Plaintiff, Tracie Ford, on behalf of herself and those individuals who opted into this action, (together "Plaintiffs"), by counsel, respectfully move this Court for an Order granting approval of the Fair Labor Standards Act ("FLSA") Settlement Agreement and Release ("Agreement") reached by the parties to this action, including payment of reasonable attorneys' fees and costs. In support of this motion, Plaintiffs state:

1. Plaintiffs and Cardinal Innovations Healthcare Solutions ("Defendant") have reached a settlement in the above-captioned lawsuit. The settlement is memorialized in the Agreement attached as Exhibit 1 to Plaintiffs' Memorandum in Support of Consent Motion For Approval of FLSA Settlement, which is being filed contemporaneously with this motion.

2. On December 2, 2020, the Court conditionally certified this case as a collective action and approved the Notice to be sent to potential opt-in plaintiffs. ECF 13.

3. As of the date of this filing, 31 I/DD Care Coordinators, including Ford, have opted into this FLSA collective action.

4. In seeking approval of the Agreement, Plaintiffs request that the Court:

   a. approve the Agreement as a final, fair, reasonable, adequate resolution of a *bona fide* dispute between the parties;

   b. approve Kroll Business Services, LLC as Settlement Administrator and authorize the Settlement Administrator to administer the settlement in accordance with the terms of the Agreement;

   c. authorize the Settlement Administrator to distribute the settlement checks to the Plaintiffs in accordance with the terms of the Agreement;

   d. approve participation payments in the amount of Ten Thousand Dollars ($10,000.00) to Ford and Five Hundred Dollars ($500.00) to each of the four Pre-Certification Opt-In Plaintiffs, to be distributed by the Settlement Administrator in accordance with the terms of the Agreement; and

   e. approve an award of attorney's fees in the amount of one-third of the Gross Settlement Fund ($99,833.33) to Plaintiffs' Counsel, plus costs in the amount of $6,007.05, to be distributed by the Settlement Administrator in accordance with the terms of the Agreement; and

6. Defendant consents to this motion.

7. A proposed Order is submitted for the Court's consideration.

Dated: October 7, 2021

Respectfully Submitted,

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325

Charlotte, NC 28277
Telephone: 704-612-0038
Email: phil@gibbonslg.com

Travis M. Hedgpeth
**The Hedgpeth Law Firm, PC**
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Telephone: (281) 572-0727
Email: travis@hedgpethlaw.com

Jack Siegel
Stacy Thomsen
**Siegel Law Group PLLC**
4925 Greenville, Suite 5009
Dallas, Texas 75206
Telephone: (214) 790-4454
Email: jack@siegellawgroup.biz

*Attorneys for Plaintiff and
Others Similarly Situated*

## CERTIFICATE OF SERVICE

This is to certify that on October 7, 2021, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.
*Attorney for Plaintiff(s)*

3