IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TRACIE FORD and all others similarly situated,

    Plaintiff,

v.    1:20-cv-736

CARDINAL INNOVATIONS HEALTHCARE SOLUTIONS

    Defendant.

## JUDGMENT

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that Plaintiff's consent motion for approval of FLSA settlement and dismissal of action with prejudice (Doc. 33) is GRANTED; the settlement of this FLSA action is APPROVED and the Agreement may be consummated; the above-captioned case is DISMISSED WITH PREJUDICE; and the court will retain jurisdiction for the sole purpose of interpreting and enforcing the settlement.

                                          /s/   Thomas D. Schroeder
                                        United States District Judge
January 21, 2022